Case 16-01939-JMC-7   Doc 11-1   Filed 06/28/16   EOD 06/28/16 02:06:02   Pg 1 of 1

# Notice Recipients

District/Off: 0756−1     User: admin     Date Created: 06/28/2016
Case: 16−01939−JMC−7     Form ID: b318     Total: 27

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
tr     Elliott D. Levin     robin@rubin−levin.net
aty     J. Andrew Sawin     ecf@sawinlaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     William Ray Wallace     5902 E New York St     Indianapolis, IN 46219
13827278     AT&T U−verse     P.O. Box 5014     Carol Stream, IL 60197−5014
13827277     Americollect Inc     Po Box 1566     Manitowoc, WI 54221
13827279     Brighthouse Network     3030 Roosevelt Ave.     Indianapolis, IN 46218
13827280     Capital One Auto Finance     7933 Preston Rd     Plano, TX 75024
13827281     Comcast     4225 82nd St.     Indianapolis, IN 46250
13827282     Community Health Network     7163 Solution Center     Chicago, IL 60677
13827283     Community Health Network Physicians     IMC Credit     PO Box 20636     Indianapolis, IN 46220
13827284     Direct TV     PO Box 6414     Carol Stream, IL 60197
13827285     Dish     PO Box 94063     Palatine, IL 60094−4063
13827286     Foot & Ankle Institute     8615 31 South Ste A     Indianapolis, IN 46227
13827287     GLA Collection Company     Po Box 7728     Dept #2     Lousiville, KY 40257
13827288     IMC Credit Service     PO Box 20636     Indianapolis, IN 46220−0636
13827289     IMC Credit Services     6955 Hillsdale Ct     Indianapolis, IN 46250
13827290     IU Health     250 N. Shadeland     Indianapolis, IN 46219
13827291     Med−1 Sol     517 Us Highway 31 N     Greenwood, IN 46142
13827292     Mid America Clinical Lab     PO Box 740658     Cincinnati, OH 45274
13827293     Penn Credit Corporation     916 S. 14th St.     P. O. Box 988     Harrisburg, PA 17108−0988
13827294     Podiatry Associates of Indiana     5471 Georgetown Road Ste C     Indianapolis, IN 46254
13827295     Snap Diagnostics LLC     5210 Capitol Drive     Wheeling, IL 60090
13827296     Transworld Systems, Inc     2135 E Primrose Suite Q     Springfield, MO 65804
13827297     Urology of Indaina, LLC     PO Box 6069     Dept. 14     Indianapolis, IN 46206−6069
13827298     Valley Brook MHP     4620 S High School Rd     Indianapolis, IN 46241
13827299     Virtuoso Sourcing Grou     3033 S Parker Rd     Aurora, CO 80014

TOTAL: 24